← Letters

## Letter Details

Exhibit A

🖨



**M☒SAIC**
**COMMUNITY HEALTH**

541-383-3005 • MosaicCH.org

January 31, 2025

To whom it may concern:

Eric Travis Crouse (they/them) is a patient I care for. They are non-speaking. They are being followed in our clinic by myself and a mental health provider. They are also seeing an outside specialist for care. Due to their multiple conditions, I recommend that they have the following accommodations: 1. A housing accommodation with low noise level, i.e. in location away from high traffic, fire station, or late night businesses. The noise can exacerbate their symptoms and insomnia, leading to deterioration of their health. 2. A dwelling with an additional room for exercise equipment and cognitive therapy supplies. They are continuing to struggle with mental health conditions that prevent them from leaving their home, and having a room where they can access therapeutic supplies, would hopefully lead to improvement in their conditions. Thank you for considering. 3. Access to washer and dryer.

Eran's additional requests, including rent and utility supplementation, and a dwelling that has limited exposure to strong odors, would also benefit her psychologically and physically.

I realize that Eran's summary is lengthy, and may be difficult to commit time to to read all details, therefore I've tried to summarize to the best of my ability here.

I have purposely not included details about Eran's conditions in this letter, due to not having a signed ROI from Eran, but they may have included details in their attachments to those effects. If you require that from me, please submit signed ROI.

Sincerely,

Dr. Jessica LeBlanc MD
Mosaic Community Health 541-383-3005