# Exhibit B

*Adagio Therapy Center*
1230 NE 3rd St. Suite A-160D
Bend, OR 97701

Dr. Martha Wang
Phone: (818) 253-9264
Fax: (844) 204-5067

## PSYCHOLOGICAL EVALUATION

> Confidential and for professional use only. Unauthorized use, release, or duplication is prohibited.

| | | | |
|---|---|---|---|
| Name: | Eran Crouse | Ethnicity: | Caucasian |
| Date of Birth: | August 4, 1994 | Age at Testing: | 29 years, 5 months |
| Dates of Evaluation: | Dec. 12, 2023, Jan. 9 & Jan. 30 2024 | Date of Report: | Feb. 26, 2024 |
| Gender: | Non-binary | Evaluator: | Martha Wang, Ph.D. |

### REASON FOR REFERRAL
Eran was referred for a psychological evaluation by their therapist, Chelsi Moravetz, LMFTA to assess for Autism Spectrum Disorder (ASD). Eran indicated that they are sensitive to sensory stimuli, have difficulty interacting with others, and does not read social cues well. Eran's therapist reported that they seem to have limited understanding of social cues, was hyperfixated, and a high level of social anxiety.

### MEASURES USED
- Achenbach System of Empirically Based Assessment (ASEBA)
  - Adult Self-Report (ASR)
- Adaptive Behavior Assessment System – Third Edition (ABAS-3)
- Autism Diagnostic Observation Schedule – Second Edition (ADOS-2)
- Millon Clinical Multiaxial Inventory – Fourth Edition (MCMI-IV)
- Sensory Processing Measure – Second Edition (SPM-2)
- Social Responsiveness Scale – Second Edition (SRS-2)
- Wechsler Adult Intelligence Scale-Fourth Edition (WAIS-IV)

### BACKGROUND INFORMATION
*Family and developmental history*
Eran was born and raised in Bend, OR. Eran was raised in an intact family with their parents and four brothers. Eran is the youngest of five. Eran reported that they were not close with their brothers and that they were closest with their mother as she was the one who was around the most. Eran was not able to speak to developmental milestones. Eran reported no history of abuse or neglect.

Eran currently lives alone in an apartment. They receive financial assistance with Social Security, but does not feel it is adequate to survive.

*Academic and social history*
Eran last attended Central Oregon Community College (COCC) in 2016 and took a few classes. They shared that they started out at the dorm and was unable to continue with their education

there because of an unexpected change in roommates and overall difficulty attending classes. Eran indicated that they stopped attending after one term. Eran was previously homeschooled and indicated that their parents bought books for their education, but eventually they were learning on their own and there was no instruction. They obtained a GED in 2011.

Eran indicated that they do not have any friends and do not go out to socialize.

*Medical history*
Eran reported that their physical health is poor. They receive meal support with a nutritionist on Monday and Wednesday through Synergy Health and Wellness. They reported that they have one meal each of those days at Synergy. They indicated that they have trouble eating on their own, making food, or going to get food. They also shared that eating by themselves feels depressing and meaningless. Eran also indicated that they have a fear of gaining weight. Eran reported that they were at Monte Nido for eating disorder treatment several times. They were last at Monte Nido in summer 2023 and was discharged for not speaking.

Eran shared that they also have poor sleep and they have trouble falling asleep. They usually only get 4-5 hours of sleep a night. They noted that their thoughts, being alone, and noises distract them from getting good sleep. They have done some facial surgery and are on hormones but they are not in the process of transitioning.

*Mental health history*
Eran is not currently in therapy, but was working with Chelsi Moravetz, LMFTA for about 6 months in 2023. Eran's therapist reported that they worked on trying to get Eran connected to support groups but Eran did not make any effort to seek the support. Their therapist also mentioned that there were borderline tendencies as they were sensitive to separation, had black and white thinking, and engaged in self-destructive behavior. Their therapist shared that Eran banged their head, self-harmed, and did not eat well. Their therapist said they noticed there was idealization and dehumanization in the way that Eran thought about people. Treatment records were requested from Northwest Discovery but were not received by the time this report was completed.

Eran reported that their mother said they were autistic when they were young. Their disordered eating began about 10 years ago. Eran shared that they usually feel tired and have difficulty concentrating. They are increasingly feeling more hopeless and it feels impossible to improve when they are so isolated. As mentioned earlier, Eran had been in residential treatment at Monte Nido several times over the past 5 years. Eran reported no history of trauma.

*Legal and substance use history*
Eran denied any substance use and legal issues.

BEHAVIORAL OBSERVATIONS
Eran is a 29-year-old, non-binary, Caucasian individual who came to their sessions independently. Eran had light brown hair and brown eyes. They walked independently and transitioned easily from the waiting area to the office. At each appointment, Eran wore all black and appeared to be wearing the same clothes each time. Eran appeared gaunt and underweight.

Eran reported that they were 5'8" and 115 lbs. Eran did not speak and communicated by writing. Eran made limited eye contact and generally kept their eyes downward. Eran displayed primarily flat and restricted affect, though they were occasionally responsive to humor and sarcasm as they showed a small smile.

Eran was on time to each appointment. They were oriented to person, place, and time. Eran's thought processes were logical and goal-oriented. They were able to maintain a coherent thought process as they answered questions directly. Eran's insight and judgment were fair. While they were able to identify some problems, they seemed at a loss for how to meet goals and solve issues. Eran did not display any psychomotor agitation. They were able to attend and answer questions. Sometimes Eran answered by noting that they were unsure of how to respond.

TEST RESULTS
*Intellectual functioning*
Eran was administered the electronic version of the WAIS-IV, a test of intelligence comprised of 10 core subtests normed on individuals age 16 to 90. The electronic version is administered on iPads. The index scores have an average of 100 with a standard deviation of 15 points while the subtests have an average of 10 with a standard deviation of 3 points. The Full Scale IQ (FSIQ) is comprised of the four indices: Verbal Comprehension Index, Perceptual Reasoning Index, Working Memory Index, and Processing Speed. Please see Appendix for scores. The table below shows the classification of scores.

| Composite Score | Scaled Score | Percentile Rank | Classification |
|---|---|---|---|
| 130 and above | 16-19 | 98-99.9 | Very Superior |
| 120-129 | 14-15 | 91-97 | Superior |
| 110-119 | 12-13 | 75-90 | High Average |
| 90-109 | 8-11 | 25-74 | Average |
| 80-89 | 6-7 | 9-23 | Low Average |
| 70-79 | 4-5 | 2-8 | Borderline |
| 69 and below | 1-3 | <2 | Extremely Low |

Eran demonstrated good motivation and was engaged throughout the testing process. Eran's administration of this test was non-standardized as Eran did not verbally respond to any questions but rather wrote their responses. On the working memory subtests, Eran was instructed not to write down the equation for Arithmetic or the numbers for Digit Span, only to use writing to provide responses. It is possible for intellectual ability scores to change over the course of one's lifetime. Additionally, scores can be influenced by motivation, attention, and opportunities for learning. It is therefore important to view these scores as a snapshot of Eran's current level of functioning.

The Verbal Comprehension Index (VCI) measures verbal concept formation, verbal reasoning, and knowledge acquired from the environment. Eran obtained a composite score in the Average range. Eran demonstrated excellent retrieval and ability to answer general knowledge questions as they scored above average. They were also able to show strong vocabulary skills. There were no concerns about their language ability based on these testing results.

The Perceptual Reasoning Index (PRI) measures perceptual and fluid reasoning, spatial processing, and visual-motor integration abilities. Eran obtained a composite score in the Average range. They performed well on Matrix Reasoning, a subtest where Eran was asked to look at a series of pictures and figure out the pattern. Their visual spatial organization skills were about average.

The Working Memory Index (WMI) measures the ability to temporarily retain information in memory, perform mental operations, and produce results. Working memory involves attention, reasoning, concentration, and mental control. Eran obtained a composite score in the Low Average range. Their two subtest scores were similar and Eran did slightly better on Digit Span where they repeated a series of numbers in a specific order than on Arithmetic where they mentally solved math problems. As mentioned earlier, these subtests were administered in a non-standardized manner as Eran did not verbally speak their answers, but rather wrote their responses on paper.

The Processing Speed Index (PSI) measures the ability to quickly and accurately scan, sequence, or discriminate between simple visual information. Performance on this index is related to short-term visual memory, attention, and visual-motor coordination. Eran obtained a composite score in the Low Average range. Eran scored in the average range on Coding, a subtest where they transcribed symbols matched with numbers. Their performance on Symbol Search was poor as Eran's pacing was slow.

In summary, Eran had notable strengths and weaknesses. They have a strong vocabulary and ability to recall learned information. Eran is also able to recognize patterns in a more advanced way than many other adults their age. Their relative weakness is in scanning information quickly and accurately as their speed is far slower than their peers. Additionally, Eran's visual spatial ability and working memory are about average.

### Emotional and behavioral functioning

Eran completed the ASR which consists of 126 statements designed to assess adaptive and maladaptive functioning. Typically, another form is completed by someone close but Eran indicated that there is no one in their life who can complete a rating form. The problem items are separated into eight Syndrome Scale scores including Anxious/Depressed, Withdrawn, Somatic Complaints, Thought Problems, Attention Problems, Aggressive Behavior, Rule-Breaking Behavior, and Intrusive. T-scores of 65-69 are considered Borderline Clinical range and T-scores 70 and above are considered to be in the Clinical range. Please see Appendix for scores.

Eran also completed the MCMI-IV which is a self-report assessment of psychopathology and personality for individuals 18 and older. There are 195 true-false statements that generally take approximately half an hour to complete. Scales assess personality patterns and clinical syndromes. Additionally validity scales show whether there are inconsistencies in responses, potential underreporting, or over-reporting to a degree that the results cannot be reliably interpreted. Their response style points to feelings of extreme vulnerability and a tendency to magnify illness.

### Emotions and coping

Eran Crouse
Page 4 of 12

Eran's self-report takes on a melancholic and depressive tone. Eran has a pattern of traits in which strong self-deprecatory opinions and feelings of inadequacy are deeply felt. There are feelings of emptiness, self-doubt, preoccupations with guilt, and a hopeless outlook. Eran appears to tolerate their unhappy condition and seems to accept their diminished functioning as it is. They may feel they deserve the misery they experience.

Consistent with their social anxiety and withdrawal, they are also selectively mute. They have a characteristic discontent and chronic moodiness. Diffuse fears are common, along with fatigue and periodic panic attacks. As they expect the worst, they may be contributing to the problems they anticipate by setting in motion difficulties that underlie their anxious state. There are also anxiety-ridden and painful memories that are reactivated by stressors. Behaviorally, Eran may be touchy and irritable. They also have a broad-based social anxiety and fearful guardedness that affect their willingness to engage with other people. These stem from a desire to be accepted by others that is tempered by a deep fear of humiliation and rejection.

Periods of marked behavioral and emotional dysfunction are frequent. Eran can be easily upset and often expects the worst in their life. They respond to ordinary stresses with frequent complaints. Eran has a tendency to default to self-defeating actions. They feel trapped in both a harsh inner and outer world where there are very few avenues for tension relief and conflict resolution. They absolve themselves of fault and at the same time find a justified outlet for their resentment and anger.

They might also be feeling a deep resentment and entrapment. There is very little gratification in their life. It may only be their fantasy world that provides some sort of relief. Eran has difficulty acting alone because of self-doubt and does not depend on others out of a deep mistrust. As a result, they drift in a meaningless and ineffectual pattern where they spend endless hours in fantasy and wandering aimlessly.

They are preoccupied with a variety of physical fears and complaints of a somatic nature. Their low self-esteem and fear of rejection may prevent them from consistently venting their discontent. Instead, their emotions are bottled up and the tension that they feel are affecting their physical functioning. Eran may be treating their body as an object of their discontent, an outward manifestation of their psychic self in which they view as defective and undesirable.

*Sense of self and identity*
Eran lacks a solid sense of self and does not appear to have strong foundation with which to interpret interactions with others. Eran is more likely to respond to inner cues than a realistic sense of others.

They are shy and apprehensive. Eran has a deflated sense of self-worth as they continually focus on their failures. Eran sees attributes they admire in others but struggles to see qualities in themselves that they like. The awareness of their deficits intrudes on their thoughts and interferes with effort to engage in more effective or mature behavior. Eran feels a sense of conflict between a fear of being autonomous and a desire to withdraw from relationships. The struggle results in emotional turmoil and anxiety.

Eran has a tendency to disown undesirable traits and motives by attributing them to others. They readily spot other people's deficiencies and they may frequently exaggerate these defects in the people they have learned to dislike. They feel a strong sense of envy and hostility that rarely subside. It is with this approach that leads them to disengage or avoid social contact all together.

Eran also appears to have permeable ego boundaries and experiences personal confusion. They experience themselves as being alienated from the world around them. They ruminate about the meaninglessness of life. Their cognitions and disharmonious affect deprives them of the capacity to experience events in another way other than as lifeless.

*Interpersonal relationships*
Eran has very few people in his life who are playing a significant role. Eran anticipates being disillusioned and feeling pain in their relationships. Interactions with others feel like a risk and they are likely to retreat defensively. Their actions increasingly separate themselves from other people and potential sources of personal gratification. With the few people that play a role in their life, Eran may engage with them in a petulant or passive aggressive manner where they criticize others for what they see as a lack of support. The little security they feel in those relationships is jeopardized as these moody outbursts occur. Reactions from others serve to reinforce their tendency to socially withdraw and retreat into fantasy resolutions.

Sometimes Eran feels persecuted and disparaged by others. Their depressive and anxious tone is frequently evident to others. While Eran struggles to muster the energy to overcome deficits or to attain the support they want, Eran expresses a hopelessness about their life, at times in suicidal statements or self-mutilating behavior.

*Cognitive ideation and mediation*
Noteworthy of attention is Eran's report of ruminative and circumstantial thinking. They noted that their speech is characterized by self-absorption and personal irrelevancies. They get lost in personal thoughts and tangential asides. They appear to be out of touch with others and cannot order their ideas in ways that are appropriate to reciprocal social communication.

Eran also reported some delusional symptoms that are interwoven with other features. These symptoms were likely precipitated by their belief that they have been betrayed or forsaken by people whose support they wanted to attain. Previously repressed resentment has slipped through their control and manifest as expressions of irrational anger and suspicion.

**Social functioning**
Eran completed the Social Responsiveness Scale-Second Edition (SRS-2) which consists of 65 statements designed to assess social impairment associated with Autism Spectrum Disorders and its severity. Scores are presented as T-scores where scores 59 and below are within normal limits and 60 and above are considered clinically significant. Please see Appendix for a table of scores.

Overall, Eran rated their social functioning in the Severe range. They reported that they are extremely uncomfortable in social situations, their facial expressions send the wrong message, they take things too literally, and are awkward in turn-taking interactions. They noted that they have poor eye contact, have difficulty making friends, they avoid starting social interactions with

other adults, and get upset in situations where there are lots of things going on. Eran indicated that they sometimes have a good sense of humor, they greet others in an unusual way, and they are overly sensitive to sensory stimuli.

The Autism Diagnostic Observation Schedule-Second Edition (ADOS-2) is a semi-structured, standardized assessment of communication, social interaction, and restricted and repetitive behaviors. Module 4 of the ADOS-2 is designed for adolescents and adults who use fluent speech. This module of the ADOS-2 includes questions about school and work, a book, cartoons, and questions about emotions and relationships.

Eran participated by answering questions on paper. The administration was not scored as it was given in a non-standardized manner. Eran demonstrated limited eye contact and occasionally made fleeting glances. They showed some insight into their own functioning and expressed responsibility for their own care. Given that Eran wrote their responses, they did not coordinate gestures with speech. There were no notable sensory interests or perseveration on a specific topic. They also used language fluently through their writing and did not have any idiosyncratic phrases. Intonation, fluency of speech, and pacing were not observed as Eran did not speak. Eran showed creativity and flexibility in the different activities.

The Sensory Processing Measure – Second Edition (SPM-2) is a rating measure that assesses sensory processing difficulties for individuals aged 4 months to 87 years. Standard scores are produced for higher level integrative functions (praxis and social participation) and senses (visual, auditory, tactile, proprioceptive, and vestibular functioning). Within each of these scales, descriptive categories yield information on under- and overresponsiveness, sensory-seeking behavior, and perceptual problems. T-scores of 40 to 59 are in the Typical range, 60 to 69 are in the Moderate Difficulties range, and 70-80 are in the Severe Difficulties range. Please see Appendix for a table of scores.

Eran reported a high degree of sensory sensitivity and interference with daily living. The different sensory areas were rated in the Moderate to Severe Difficulties ranges. With vision and hearing, Eran indicated that they are bothered by sunlight and bright lighting, gets visually distracted, is bothered by loud sounds, needs quiet places to work and sleep, has trouble focusing on a movie, and struggles to hear people in a noisy environment. With touch and body awareness, they noted that they have trouble finding things in a bag, dislikes the feel of certain clothes, has trouble with fasteners, and sometimes holds objects too loosely. With taste and smell, they indicated that they frequently avoid tasting unfamiliar food, is sensitive to scents, avoids groups of people because of different smells, and insists on eating the same brand or particular food because of taste. Eran also reported that they have to lean on something when seated, rocks in their seat, needs more practice than others to learn new skills, talks through tasks, avoids social activities, and has trouble making eye contact.

### Adaptive functioning
Eran completed the ABAS-3 for ages 16-89. The ABAS-3 was designed to evaluate whether an individual displays various functional skills necessary for daily living without the assistance of others. The ABAS-3 measures practical, everyday skills required to function and meet environmental demands. Specifically it measures skills in Communication, Community Use,

Functional Academics, Home Living, Health and Safety, Leisure, Self-Care, Self-Direction, Social, and Work (if the individual has a job). These skills are grouped into three domains of related skills including: Conceptual, Social, and Practical. In addition, an overall General Adaptive Composite (GAC) is obtained indicating an overall level of functioning. The Scaled Scores range from 1 to 19 with a mean of 10; the Composite score scale has a mean of 100 and standard deviation of 10. Please see Appendix for a table of scores.

Overall, Eran rated their independent living skills to be far below what is typical for an adult. On the Conceptual domain, Eran reported that they are able to use full sentences, start conversations on topics of interest to others, wait for others to finish talking, write letters, check financial statements, and arrive at places on time, but is inconsistently able to work on activities without reminders, control disappointment, complete routine household tasks within a reasonable amount of time, plan projects in logical steps, greet others, speak clearly, answer complex questions, or weigh themselves. On the Social domain, Eran indicated that they are able to listen to music to relax and select TV shows or use the internet to keep up with an area of interest, but is not able to play games, invite others to join in a fun activity, engage in a variety of leisure activities, plan ahead for leisure time, be polite to others, maintain a friendship, or listen to others talk about problems. On the Practical domain, Eran noted that they can rely on themselves for transportation, use a debit or credit card for purchases, use maps to find a location, obtain money from an ATM, make appointments for check-ups, dress themselves, keep their hair neat. They are not consistently able to select appropriate clothing for the weather, bathe daily, eat a variety of food, obtain haircuts, swallow medications as needed, follow general safety rules, or buy over-the-counter medication.

SUMMARY AND DIAGNOSTIC IMPRESSION
Eran is a 29-year-old non-binary individual who was referred for a psychological evaluation to assess for Autism Spectrum Disorder. Eran engaged only by writing and did not speak. Eran indicated that they were told by their mother as a child that they had autism. They continue to have sensory sensitivities, difficulties engaging in daily living, and struggles to maintain friendships.

Eran was born and raised in Bend, OR. They were raised in a family where they were the youngest of five children. Eran reported little about their childhood. Eran was homeschooled from 3rd grade on though homeschooling consisted of them studying on their own. Eran obtained a GED and went on to study at COCC. However, Eran was only enrolled for one term as they reported that an unexpected change in roommates and difficulty getting to class led to them dropping out of school. Eran's income is from Social Security payments. Eran is not currently employed. They spend their time drawing and attending appointments.

Eran shared that their eating disorder began approximately 10 years ago. They struggle with eating because eating alone feels meaningless. They drink a cup of tea each day and eat two meals through nutrition support each week at Synergy. Eran is 5'8" and weighs 115 lbs. Eran is currently on hormones and has had facial surgery. Eran indicated that they are not transitioning.

Eran's current testing shows overall good cognitive functioning. Their strength is in vocabulary and information. They are able to recall learned information well and can effectively use

language to communicate. Their nonverbal reasoning abilities are also good and comparable to other adults. Their working memory is about average. Eran's processing speed depends on the task. Their general pacing of their work is a little slower than average.

Eran reported a history of social difficulties and connection with others. They had fewer opportunities to engage with peers as they were homeschooled and essentially educated themselves. Eran currently has no friends and does not go out of the home except to appointments. They have increasingly become more reclusive and isolated. I am giving the diagnosis ASD with reservation. By Eran's report, their social functioning and challenges with sensory sensitivities align with the criteria for ASD. However, the diagnosis given with reservation because one, obtaining detailed history was challenging, two, there are complicating factors with Eran's functioning that make it difficult to confidently say that the social deficits are a result of ASD, and three, testing was not standardized given Eran's selective mutism. Eran's mood dysregulation impacts their social functioning and it is unclear whether there were developmental differences in childhood that could be attributed to a neurodevelopmental disorder. Their anxiety is pervasive and hinders them from leaving their home and engaging in their community.

Additionally, Eran reported having been diagnosed with Anorexia and continues to experience issues with eating and feeling good about their body and weight. Eran has periodically engaged in residential and outpatient treatment. A diagnosis of Selective Mutism is also given based on a consistent failure to speak, the mutism interferes with daily living, and the duration has been over a month. Eran shared that they would like to speak, but feels prohibited from doing so. A diagnosis of Persistent Depressive Disorder is also included to capture their low mood, insomnia, fatigue, low self-esteem, poor concentration, and feelings of hopelessness. Eran's challenges with daily living are not a result of limited cognitive abilities as their intellectual functioning is good, but rather significantly impacted by their emotional dysregulation and eating disorder.

DSM-5
299.00 Autism Spectrum Disorder, without accompanying intellectual impairment, without accompanying language impairment, Level 2
307.1 Anorexia Nervosa, Restricting Type
312.23 Selective Mutism
300.4 Persistent Depressive Disorder, with persistent major depressive episode

RECOMMENDATIONS
1. It is recommended that Eran connect to behavioral health services for increased support.
    a. Deschutes County Behavioral Health (Deschutes.org/health/page/how-access-services)
    b. Blue Skies Psychological Services (blueskiespsychology.com)
    c. Brightways (brightwayscounseling.com)
    d. Thrive Mental Health (thrivementalhealththerapy.com)
2. In therapy, it is important to address mood and stabilization.
    a. At the beginning of treatment, building rapport to work on attainable goals for stabilization is highly recommended. Eran mentioned the possibility of returning to school and a hope to feel less distress.

Eran Crouse
Page 9 of 12

b. Utilizing Motivational Interviewing (MI) may be useful at the outset of therapy to increase intrinsic motivation to change.

c. Learning to identify their own feelings, process, and patterns will be helpful in gaining insight to change. There are various established patterns that are self-defeating that need to be explored and understood. There are likely cycles of shame and guilt that may precipitate impulsive actions or dramatized cries for help.

d. A Dialectical Behavior Therapy (DBT) approach could also be useful in creating tolerance for different emotions, understanding themselves better, and learning adaptive coping skills. Learning how to effectively engage in relationships with other people would also be beneficial.

e. Additionally, finding healthy and appropriate means of discharging tension and learning relaxation would also be helpful. Isolating in an apartment may be contributing to depressive states and getting outside, even for 5 minutes to start, would be good to build increasing engagement in the outside world and their community.

f. Gaining insight into the sources of their ambivalence and working toward a more realistic and balanced outlook on life would be good for them.

g. As their pressing and acute difficulties are stabilized, working on goals that can prevent a recurrence of problems is important.

h. Eran's previous therapist shared that there is a tendency to objectify others and Eran appears prone to using passive aggressive means and deflecting responsibility to others. Examining these interpersonal patterns in therapy is highly recommended.

i. Addressing their low self-esteem in treatment is also recommended. Their discontentment with others and alienation with themselves tends to be highly tenuous. Orienting their attention toward positive traits and to boost confidence and self-esteem would be helpful.

j. Treatment focused on improving independent living skills is also recommended.

k. Lastly, Eran is currently in a place where they are surviving and finding ways to make life feel more meaningful to get to a point where there is more thriving than surviving will be good for them.

3. Continuing their work with a nutritionist to work toward healthier eating is imperative.

4. Eran is also recommended to explore support groups to step outside of their comfort zone and to take some minor social risks.

5. The following are resources that may be useful:
   a. Selective Mutism Association (selectivemutism.org)
   b. Autism Society of Oregon (autismsocietyoregon.org)
   c. *Living Well on the Spectrum: How to use your strengths to meet the challenges of Asperger Syndrome/High-Functioning Autism* by Valerie Gaus, PhD

_____

Martha Wang, Ph.D.
Licensed Psychologist, #2518

# Appendix

## WAIS-IV
## Composite Score Summary

| Scale | Sum of Scaled Scores | Composite Score | Percentile Rank | 95% Conf. Interval | Qualitative Description |
|---|---|---|---|---|---|
| Verbal Comprehension | 35 | VCI 108 | 70 | 102-113 | Average |
| Perceptual Reasoning | 27 | PRI 94 | 34 | 88-101 | Average |
| Working Memory | 16 | WMI 89 | 23 | 83-96 | Low Average |
| Processing Speed | 13 | PSI 81 | 10 | 75-91 | Low Average |
| Full Scale | 91 | FSIQ 94 | 34 | 90-98 | Average |
| General Ability | 62 | GAI 101 | 53 | 96-106 | Average |

Confidence Intervals are based on the Overall Average *SEM*s.
The GAI is an optional composite summary score that is less sensitive to the influence of working memory and processing speed. Because working memory and processing speed are vital to a comprehensive evaluation of cognitive ability, it should be noted that the GAI does not have the breadth of construct coverage as the FSIQ.

## Verbal Comprehension Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Similarities | 22 | 9 | 37 | 9 | 1.12 |
| Vocabulary | 42 | 12 | 75 | 12 | 0.79 |
| Information | 19 | 14 | 91 | 14 | 0.90 |

## Perceptual Reasoning Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Block Design | 29 | 7 | 16 | 7 | 0.95 |
| Matrix Reasoning | 21 | 12 | 75 | 12 | 0.90 |
| Visual Puzzles | 13 | 8 | 25 | 8 | 0.90 |

## Working Memory Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Digit Span | 27 | 9 | 37 | 9 | 0.73 |
| Arithmetic | 10 | 7 | 16 | 7 | 0.99 |

## Processing Speed Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Symbol Search | 18 | 5 | 5 | 5 | 1.31 |
| Coding | 61 | 8 | 25 | 8 | 1.16 |

ASEBA

| Scale | ASR T-score | Percentile |
|---|---|---|
| Anxious/Depressed | 85-C | >97 |
| Withdrawn | 78-C | >97 |
| Somatic Complaints | 69-B | 97 |
| Thought Problems | 78-C | >97 |
| Attention Problems | 64 | 92 |
| Aggressive Behavior | 65-B | 93 |
| Rule-Breaking Behavior | 63 | 90 |
| Intrusive | 50 | ≤50 |

SRS-2

| Scale | Self T-score |
|---|---|
| Social Awareness | 61 |
| Social Cognition | 70 |
| Social Communication | 80 |
| Social Motivation | 79 |
| Restricted and Repetitive Behaviors | 80 |
| SRS Total | 79 |

SPM-2

| Scale | T-score | Percentile | Interpretive range |
|---|---|---|---|
| Vision | 66 | 95 | Moderate Difficulties |
| Hearing | 73 | 99 | Severe Difficulties |
| Touch | 70 | 98 | Severe Difficulties |
| Taste and Smell | 73 | 99 | Severe Difficulties |
| Body Awareness | 60 | 84 | Moderate Difficulties |
| Balance and Motion | 69 | 97 | Moderate Difficulties |
| Total Sensory | 72 | 99 | Severe Difficulties |
| Planning and Ideas | 72 | 99 | Severe Difficulties |
| Social Participation | 76 | >99 | Severe Difficulties |

ABAS-3

| | Composite Score | Scaled Score | Percentile Rank | Classification |
|---|---|---|---|---|
| *Conceptual* | 55 | | 0.1 | Extremely Low |
| Communication | | 1 | | |
| Functional Academics | | 3 | | |
| Self-Direction | | 1 | | |
| *Social* | 55 | | 0.1 | Extremely Low |
| Leisure | | 1 | | |
| Social | | 1 | | |
| *Practical* | 54 | | 0.1 | Extremely Low |
| Community Use | | 1 | | |
| Home Living | | 1 | | |
| Health and Safety | | 1 | | |
| Self-Care | | 1 | | |
| **GAC** | 52 | | 0.1 | Extremely Low |

Eran Crouse
Page 12 of 12