# Bend Counseling & Biofeedback, Inc.

# Exhibit C

**Randy Wild, MS, LPC ● Johanna Hershenson, MS, LPC**
**Gregg Logan, MBA, MA, NCC, Professional Counselor Associate**

March 21, 2025

To Whom It May Concern,

I am writing as a licensed professional counselor advocating for my client, Eran Crouse, who is autistic and also lives with anxiety disorder and PTSD. Their current housing situation is having a significant and detrimental impact on their mental and emotional well-being, making it essential that they be provided with appropriate accommodations that allow them to live in an environment that supports their health and stability.

## Background

My client first submitted a reasonable accommodations request to Housing Works (HW) last year due to the overwhelming distress their current housing causes. While this request was approved, it did not result in meaningful change, as the payment standard remained too low to access safe and suitable housing. This forced my client into an impossible situation—either remain in an environment that exacerbates their conditions or pay more than they can afford, which is an unreasonable and discriminatory burden for someone relying on Supplemental Security Income (SSI).

Earlier this year, they submitted a new request, this time with a letter of medical necessity from their doctor. While they were encouraged to seek new housing, they were not given any clear details about the accommodations available to them. Additionally, a key component of their request—assistance with utility costs—was denied. Single-family housing (SFH) is the most appropriate option for their needs, yet because SFH tenants are responsible for utilities, this effectively bars them from an environment that would significantly improve their well-being. Given their developmental disability and the severity of their symptoms, my client requires an accommodation that includes utility costs to make SFH viable. Their repeated attempts to communicate these concerns to HW have gone unanswered, leaving them stuck in an unsuitable and harmful living situation.

Additionally, my client is enrolled in the county's Intellectual and Developmental Disabilities (IDD) program, which should be supporting their housing needs as part of their overall care. However, the IDD program has repeatedly stated that they "have no role to play" in housing assistance, which contradicts their responsibility to ensure my client has access to a suitable living environment. My client has brought this issue to their attention, citing their right to a care environment that supports their well-being, but these concerns have been ignored.

---

296 SW Columbia St., Ste. D-2, Bend, OR 97702 ● P: 541-550-7940 ● F: 541-550-7941
www.bcbtherapy.com

# Bend Counseling & Biofeedback, Inc.

Randy Wild, MS, LPC • Johanna Hershenson, MS, LPC
Gregg Logan, MBA, MA, NCC, Professional Counselor Associate

## Mental Health Impact

As their counselor, I have witnessed firsthand the immense distress that their current housing situation causes. My client's autism, PTSD, and anxiety disorder make them highly sensitive to environmental factors, and their current apartment is overwhelming in ways that are directly harming their mental health.

### Sensory Sensitivities:

- **Noise**: Unexpected and uncontrollable noises from neighbors, sirens, traffic, and the general environment trigger severe anxiety, sleep disturbances, and emotional distress. They frequently experience panic attacks and heightened fear responses due to unpredictable auditory stimuli.
- **Smell**: Strong odors from neighboring units, including fragrances and cannabis, create additional stress and sensory overload.
- **Visual Overstimulation**: Their current environment lacks calming, natural surroundings and instead includes bright artificial lights, high-traffic areas, and visually overwhelming urban elements, all of which contribute to their distress.

### Emotional and Psychological Toll:

- The need to navigate shared hallways and stairwells triggers intense anxiety, often making it impossible for them to leave their home when they need to.
- Their studio apartment is too small to allow for the structure and separation of space that would help them manage their symptoms, further contributing to feelings of depression and hopelessness.
- They are unable to use communal laundry facilities due to their conditions, forcing them to wash clothing by hand in a way that is unsustainable and negatively impacts their hygiene.
- The frequent disturbances in their building, including emergency responses and loud interactions, reinforce their PTSD symptoms, making them feel unsafe in their own home.

## Need for an Appropriate Housing Solution

To support their mental health and overall well-being, my client requires:

- A quiet, private living environment such as a single-family home or equivalent housing option.
- An accommodation that includes utility cost assistance to make SFH a viable option.
- A one-bedroom unit at minimum to allow for necessary structure and space for a caregiver when needed.
- In-unit laundry facilities to support their hygiene needs.

296 SW Columbia St., Ste. D-2, Bend, OR 97702 • P: 541-550-7940 • F: 541-550-7941
www.bcbtherapy.com

# Bend Counseling & Biofeedback, Inc.

**Randy Wild, MS, LPC • Johanna Hershenson, MS, LPC**
**Gregg Logan, MBA, MA, NCC, Professional Counselor Associate**

As a mental health professional, I urge Housing Works and the IDD program to take these concerns seriously and provide the necessary accommodations that allow my client to live in a setting that does not worsen their conditions. Safe, stable housing is a critical component of mental health, and my client's current situation is untenable. Their continued distress is not only preventable but also a direct result of inadequate accommodations that fail to meet their needs.

I am requesting a prompt response and meaningful action to ensure my client's housing situation is appropriately addressed. Please do not hesitate to contact me to discuss this matter further.

Sincerely,

Johanna M. Hershenson, LPC (C7730)