**Selena Journagan Rios**
to me, Angelita ▾

  Mar 10, 2025, 2:16 PM (7 days ago)     ☆     ☺     ↩     ⋮

# Exhibit D

Good Afternoon Eran,

Thank you for sending these over. I agree that the first unit you selected is a strong option, and the rent seems reasonable enough to pursue. Have you already applied for these units?

If you are interested in the Whittier Dr. unit, please proceed with the application and submit a Golden Key (attached) to the landlord. They will review your application and complete the Golden Key, which allows Housing Works to gather important details about the unit, including rent and utility costs. It looks like Superior Property Management is the landlord for this unit.

If you need assistance with this process, THRIVE continues to be a great resource and can help facilitate communication with landlords and support you in transitioning between units.

Regarding yard maintenance, this decision is up to the landlord. However, you are welcome to discuss possible arrangements, such as having them hire someone for upkeep instead of handling it yourself.

Lastly, I want to inform you that the utility hardship exemption you requested will unfortunately not be approved. Our policy states:

*"The financial hardship exemption applies only to families required to pay the minimum rent ($50). If a family's Total Tenant Payment (TTP) is higher than the minimum rent, they are not eligible for a hardship exemption."*

Since your current payment is $273—above the minimum rent—you do not qualify for this exemption. I will still be submitting your Reasonable Accommodation request but I just wanted to give you a heads up.

Please let me know if you have any questions or need further assistance.