# Exhibit E



## DEVELOPMENTAL DISABILITY SERVICES

Main (541) 322-7554 | Fax (541) 330-4636
www.deschutes.org

31 January 2025

To whom it may concern,

I am writing to confirm that Eran Crouse has been made eligible for the IDD program based on the diagnosis of Autism Spectrum Disorder. See attached eligibly statement. Questions specifically related to the diagnosis should be directed to the medical team, however I can generally confirm that sensory sensitivities are common with those who experience Autism. These sensitivities can impact a person's ability to participate in everyday life, take care of oneself and can lead to severe isolation. These sensitivities can be exacerbated by the environment the person is in. Items such as input from lights, visual commotion, sounds as well as smells can have a profound impact beyond what is experienced by someone without an ASD diagnosis or sensory processing conditions. For those struggling with sensory overload it is recommended that they seek a low input environment to allow them to regain focus on selfcare tasks and engagement in daily life.

Living in an environment without reasonable accommodations and an added high level of sensory input would commonly cause a person with Autism to experience significant challenges in all areas of daily life.

Thank you,

Angelita Mahurin, Services Coordinator
Intellectual/Developmental Disabilities
Deschutes County Health Services

# ᴷDHS
Oregon Department of Human Services
Office of Developmental Disabilities Services

**Notice of Eligibility Determination**
for Community Developmental
Disabilities Program

To:  Eran Crouse
     1475 NE Forbes Rd, Apt 310,
     Bend, OR 97701

| |
|---|
| Date of notice: 9/9/24 |
| Individual's name:   Eran Crouse |
| Individual's D.O.B.:   8/4/94 |

Effective 9/9/2024, you have been found to be eligible for Developmental Disability Services. A review of the available records supports your eligibility because it was determined that you have a condition of Autism Spectrum Disorder that originated in the developmental years, is likely to continue and significantly impacts your adaptive behavior as defined in OAR 411-320-0020 and 411-320-0080.

**Provisional eligibility for developmental disability services**

☐ If this box is checked, your eligibility is "provisional". This means your eligibility could change if new information is obtained. You will be notified when a redetermination is needed.

Your eligibility must be reviewed by your:

☐ 7th birthday          ☐ 18th birthday          ☐ 22nd birthday

☐ Other: _____

We have enclosed a list of records used in making this determination. You have the right to review this information by making a request to our office.

If you do not agree with this decision, you have the right to request a contested case hearing. Be sure to read page 2 of this notice to learn how to request a hearing.

The determination is based on the following Oregon Administrative Rule(s) including specific subsections: 943-001-0020(3); 410-120-0006; 411-320-0080(2) 411-320-0080(4) , 411-320-0080 (8) and 411-320-0020 (12).;.

For questions regarding this notice, contact: Shanna  , Eligibility Specialist at phone number: 541-640-2195.

The Services Coordinator assigned to you is Angie Mahurin and can be reached at:

 Angelita.Mahurin@deschutes.org    .

*The Department of Human Services (DHS) and the Oregon Health Authority (OHA) do not discriminate against anyone. This means that DHS|OHA will help all who qualify and will not treat anyone differently because of age, race, color, national*

Eran Crouse                    Page 1 of 4                    SDS 5103 (12/13)

Name: **Eran** Crouse                                        Date of birth: 8/4/94

*origin, gender, religion, political beliefs, disability or sexual orientation. You may file a complaint if you believe DHS or OHA treated you differently for any of these reasons.*

*To file a complaint with the state, you can call the Governor's Advocacy Office at 1-800-442-5238 (TTY 711) or write to their office at:*
*Governor's Advocacy Office, 500 Summer Street NE, E-17, Salem, OR 97301*
*Fax: 503-378-6532, email: <u>DHS.info@state.or.us</u>    "Equal opportunity is the law!"*

*NOTE TO MILITARY PERSONNEL: Active duty service members have a right to stay these proceedings under the federal service members Civil Relief Act. For more information, you may contact the Oregon State Bar (1-800-452-8260), the Oregon Military Department (1-800-452-7500) or the nearest legal assistance office at legalassistance.law.af.mil. (SB125)*

## What you can do when you do not agree with this decision:

- You have the right to challenge this decision by requesting a contested case hearing. Hearings are held by the Office of Administrative Hearings, which is independent from the Department of Human Services (DHS). If you want a hearing, you must request it on time. For more information, see Part 1 below.
- You can also request to have an informal meeting by contacting Shanna   at 541-640-2195. Choosing to have the informal meeting will not affect your right to a hearing if you request one.

## Part 1 — Ask for a hearing

**What must I do to get a hearing?** You must fill out a Hearing Request Form (SDS 0443DD) and send it to: Aging and People with Disabilities, ODDS, Attn: DD Executive Support Specialist, 500 Summer St., E-09, Salem OR 97301 or fax to 503-373-7274. You can request this form by contacting, Shanna  , 541-640-2195 or visit https://apps.state.or.us/Forms/Served/se0443dd.doc. If you need help filling out this form, contact Shanna   at 541-640-2195. The ODDS DD Executive Support Specialist must receive your request for a hearing within 45 days from the Date of Notice printed on the upper right corner on page 1 of this notice.

**Who can help with my hearing?** You may request that someone represent you at a hearing. You may also be able to get free legal services from Disability Rights Oregon (1-800-452-1694), Legal Aid Services of Oregon (1-800-520-5292) or the Oregon State Bar (1-800-452-8260)

**What are my other hearing rights?** Oregon Administrative Rules 411-320-0080 and 411-320-0175, give you the right to ask for a hearing if you do not agree with this decision. At the hearing, you can tell why you do not agree with the decision. You can have people testify for you. The laws about your hearing rights and the hearing process are OAR 137-003-0501 through 137-003-0700 and ORS 183.411

**What happens if there is no hearing?** If you do not ask for a hearing on time, withdraw a hearing request, or do not appear at your hearing, you may lose your

Name: **Eran** Crouse                                    Date of birth: 8/4/94

right to a hearing. If there is no hearing, this Notice of Eligibility Determination will be the final department decision *(called a "Final Order by Default")*. You will not get a separate Final Order by Default. The case file, along with any materials submitted in this matter, is the record. The record is used to support the Department decision upon default.

- **If you do not request a hearing on time:** You may appeal the Final Order by Default by filing a petition in the Oregon Court of Appeals within 60 days of the date of this Notice of Eligibility Determination (ORS 183.482).

- **If you withdraw a hearing request or miss your hearing:** The appeal deadline will be set out in the Order of Dismissal that you will receive.

## Part 2 — Can you have a hearing within five working days?

You may have the right to an "expedited hearing" *(within five (5) working days)* if you are denied a medical service that creates an immediate, serious threat to your life or health, or if the Department denied your request to keep getting benefits until your hearing. You must request an expedited hearing on the SDS 0443DD form.

## Records used in eligibility determination

Name:  **Eran** Crouse                      Date of birth:**8/4/94**      Age: 30

| Date | Name of record/report/evaluation | Practitioner |
|------|----------------------------------|--------------|
| 4/2/2019 | Psychological Evaluation (SSA record) | Scott Alvord, PsyD |
| 8/5/2023 | Broken Top Counseling- initial assessment and diagnostic impression | Sarah Close, LPC (therapist) |
| 8/8/2023 | DCBH assessment | Katie Nikkel, QMHP |
| 2/5/2024 | Thrive Mental Health- Diagnosis and Treatment Plan | Alex Fredrick's, CSWA |
| 2/26/2024 | Psychological  Evaluation | Martha Wang, PhD |
| 5/16/2024 | Letter from Dr. Wang, PhD | Martha Wang, PhD |
| 7/19/2024 | Psychological Evaluation | Katherine Warner, PhD |
| 9/3/2024 | Email From Dr Warner, PhD | Katherine Warner, PhD |
|  |  |  |
|  |  |  |

Name: **Eran** Crouse                                      Date of birth: 8/4/94

---

**Other information and comments:**

You have the right to review this information by making a request to your local Community Developmental Disabilities Program office or for questions regarding this notice, contact: Shanna  , Eligibility Specialist at 541-640-2195.