

# Oregon
Tina Kotek, Governor

**Department of Human Services**

*Office of Developmental Disabilities Services*

500 Summer St. NE E-09
Salem, OR 97301-1073
Voice: 503-945-5811
Fax: 503-373-7274
TTY: 800-282-8096

# Exhibit F

February 21, 2025

**Oregon Department of Human Services**

Oregon Department of Human Services
OFFICE OF DEVELOPMENTAL DISABILITIES SERVICES

Eran Crouse
erancrouse@gmail.com

Dear Mx. Crouse,

Thank you for taking the time to share your concerns and experiences with the Office of Developmental Disabilities Services (ODDS). This resolution letter is in response to the request for a review of the decision written by Deschutes County dated January 21, 2025.

My understanding of the concerns you reported is that your housing, which is paid through a HUD voucher, does not feel safe for you. You have made previous requests to HUD to increase your voucher and to cover the cost of utilities, but this request was met with a denial. Your understanding of the Oregon Administrative Rules (OARs) and federal regulations is that it is ODDS' responsibility to ensure you have safe housing and an environment free from harm. Your experience has left you feeling that the State of Oregon and Deschutes County Community Developmental Disabilities Program (CDDP) is actively neglecting you and your rights. You are requesting the need for safe housing to be addressed by ODDS.

It is important to understand that ODDS does not manage HUD nor does ODDS have control over what the Oregon State Legislature and/or Federal government sets for budgets. If you would like to file a complaint regarding HUD, please visit https://www.hud.gov/i_want_to/file_a_fair_housing_discrimination_complaint#:~:text=You%20can%20file%20a%20complaint,short%20description%20of%20what%20happened

ODDS' responsibility does not include housing but instead, provides supports to ensure individuals are able to be in housing of their choosing. These supports can include helping you set goals related to housing such as completing applications, working with Housing Works, identifying other funding sources, or assisting you in saving money for a deposit. I have been able to verify with the CDDP that these

*"Safety, health and independence for all Oregonians"*
An Equal Opportunity Employer

resources and supports have been offered to you previously. **This will be the final response on this issue.**

For the complaint review, the following documents were reviewed: Progress Notes from October 2024 to present, Individual Support Plan (ISP), Oregon Needs Assessment (ONA), emails provided by you and the case manager, Response Letter from Deschutes County dated 1/21/2025, HUD Handout, Request for Reasonable Accommodations sent to HUD, HUD Calculations for 2024 and the Administrative Review Request. Per OAR 411-318-0015, you have the right to have access to the documents reviewed during the complaint process to determine the outcome.

Thank you for contacting ODDS with your concerns. We appreciate working with families and individuals through their journey. It is clear you are a strong advocate for your rights, safety and well-being. I would like to encourage you to join ODDS' Engagement and Innovation page. This web page provides an opportunity for individuals and advocates with the opportunity to provide feedback on the topics that impact you directly. More information can be found here: https://www.oregon.gov/odhs/providers-partners/idd/Pages/engagement-innovation.aspx

ODHS provides services free from discrimination. ODHS embeds itself in an Equity North Star framework with the goal of well-being regardless of identity. We are dedicated to make services, supports and well-being accessible to all. Discrimination and retaliation will not be tolerated and does not reflect our mission, values, and goals. If you believe you are experiencing discrimination or retaliation, please contact Governor's Advocacy Office at gao.info@odhs.oregon.gov. To learn more about our Equity North Star Initiatives please visit: https://www.oregon.gov/odhs/equity/pages/equity-north-star.aspx.

Respectfully,

*Stacie Coleman*

Stacie Coleman, Customer Service Coordinator
Oregon Department of Human Services
Office of Developmental Disability Services
500 Summer Street NE E-09
Salem, Oregon 97301
Stacie.m.coleman@odhs.oregon.gov
(971)707-2322

Cc Angelita Mahurin, Services Coordinator
Angelita.Mahurin@deschutes.org

Amanda Blatnik, Supervisor
amanda.blatnik@deschutes.org