Statement to the Court          1 of 3
April 25, 2025
Eric Crouse

My housing continues to cause mental and physical harm. I strongly believe my housing requires and deserves immediate Intervention. My living in harmful housing is an obviously violation of my civil rights as someone with a developmental disability and enrolled in an I/DD program. This ought to provide me, as my civil rights imply, a high degree of assurance of my welfare, which thus far it has NOT. The court should recognize these facts and take action that would relieve me of my harmful housing. I feel the Court is the last resort, which has been reach after so many failures of pleading my case to willfully indifferent government agencies. The bottom-line is that, without suitable and financially realistic housing, I cannot live in the Community and other arrangements would need to be made, such as a facility — which would violate the Core of the Olmstead Decision.

I continue to suffer substantially with the following: insomnia and vivid nightmares related to my housing; migraines and nausea to a degree not experienced before living in my housing; persistent fatigue; lack of appetite (further complicating my anorexia); PTSD symptoms such as intrusive memories or reliving trauma stemming from disturbing episodes at the apartment; suicidal urges and intrusive thoughts about death; unstable mood / difficulty controlling my emotions; constant state of high anxiety; difficulty leaving and reentering apartment without an ordeal of fear; and very upsetting sensory overload from all the noises, commotion, and voices I am engulfed by, including the highway, bolling alley, and fire and police station adjacent to my apartment.

I have been to my local "Stabilization Center" on multiple occasions, but it is clear they cannot help with my housing crisis and I leave very upset with no solutions each time. It is utterly pointless for me to engage in crisis services given it has not resulted in any change to my living conditions—even though law says the government is responsible to ensure my well-being, housing included.

My circumstance is genuinely torturous and I cannot continue to suffer day in and day out at this extreme and unjust level. I am unable to benefit from any therapy I am engaged in due to my housing being so harmful to my mental health.

Lastly, keeping up with the rigors of my case before the court while my circumstances remain unchanged is a severe hardship and handicap, and seems clearly unfair as a self-represented party being denied any legal help whatsoever, which I regard as a cruelty. I most certainly should have some kind of assistance. My level of articulation is not an accurate reflection of my mental health or ability to effectively litigate my case against the government. The court should recognize my opponents are not private citizens and are well equipt with lawyers. All of these factors point to a very unequal playing field. While the court may try to be fair to me, that is entirely different from having legal assistance.