UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ERIC CROUSE, | Case No. 6:25-cv-00547-MTK |
| Plaintiff, | **OPINION AND ORDER** |
| v. | |
| HOUSING WORKS; DESCHUTES COUNTY; and STATE OF OREGON, | |
| Defendants. | |

**KASUBHAI,** United States District Judge:

Self-represented Plaintiff Eric Crouse ("Plaintiff") brings this action against Defendants Housing Works, Deschutes County, and the State of Oregon. ECF No. 1. Before the Court is Plaintiff's Motion for Preliminary Injunction. ECF No. 13. Plaintiff seeks a preliminary injunction ordering Defendants to provide Plaintiff with immediate access to safe and appropriate housing accommodations during the pendency of this case.

"A preliminary injunction is an extraordinary remedy never awarded as of right." *Winter v. Natural Res. Def. Council*, 555 U.S. 7, 24 (2008). A party seeking a preliminary injunction must demonstrate: (1) likelihood of success on the merits; (2) irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in their favor; and (4) an injunction is in the public interest. *Id.* at 20. The moving party "has the general burden of establishing the elements

Page 1 — OPINION AND ORDER

necessary to obtain injunctive relief." *Klein v. City of San Clemente*, 584 F.3d 1196, 1201 (9th Cir. 2009). "The court may issue a preliminary injunction only on notice to the adverse party." Fed. R. Civ. P. 65(a)(1).

The Court has reviewed the filings in this case and concludes that Plaintiff has failed to make the showing necessary to support a preliminary injunction, and the Court denies Plaintiff's Motion for Preliminary Injunction for failure to comply with Fed. R. Civ. P. 65(a)(1).

The Court also notes that Defendants have not yet appeared, and Plaintiff will need to file proof of service of summons and the Complaint before proceeding on the merits of the case.

## CONCLUSION

For the reasons above, Plaintiff's Motion for Injunctive Relief (ECF No. 13) is DENIED without prejudice.

DATED this <u>8th</u> day of May 2025.

<u>s/ Mustafa T. Kasubhai</u>
MUSTAFA T. KASUBHAI (He / Him)
United States District Judge
