## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

ERIC CROUSE                                    Case No.: 6:25−cv−00547−AP
    Plaintiff(s),

v.                                             ORDER TERMINATING PRO BONO
                                               APPOINTMENT

HOUSING WORKS, et al.
    Defendant(s).

_____

    Upon notice to the Court that the appointed attorney/law firm has declined representation,

    IT IS HEREBY ORDERED that the Court terminates the appointment of Erin N. Dawson as *Pro Bono* counsel for Eric Crouse .

    Eric Crouse is to proceed *pro se* without appointed counsel.

    The Clerk is directed to serve a copy of this order upon Eric Crouse .

**DATED** this 22nd day of April, 2026          /s/Amy E. Potter
_____

Honorable Amy E. Potter
United States Magistrate Judge.