FILED 20 MAY '26 10:36 USDC-ORE

Motion for GAL
State funded legal
assistance.

6:25 CV 00547 AP
Crouse v. housing works

The court is not operate in ceality. I cant be my own lawyer, accommodations dont do anything to ddress that, is false solution, the court is wrong to even think it by now and actively hvrts me. The court have agreed many times that a lawyer is necessary to protect my interests. My need for lawyer is a fact, many times. The court have twice failed to find a lawyer, then both times just expected me to continue alone as if no facts have mattered. I do not know what understand what to do legally in this time in case. I dont Know my rghts at any given time, I cannot be expected to know or understand complex legal argrments on what is available to me, which is necessary to have meaningful right to be heard or fair case to happen. there cunt be fairness if I have no legal assistance. Though I may not be able to articulate it such the case the court world be forced to do something about it, I very much feel my right to due process, which is constitution right, is nonexistent. I am clearly unable to do effectively ~~to~~ anything about the ongoing →

2/

harm caused to me, I am unable to effectively demand suitable housing right now, or any relief to me, when if I had a lawyer they definitely could. This case is about basic need and basic rights, none of which I have and which the court has helped keep me from. My case is against government bodies, not just another citizen like me. The court have once again left me with zero way to proceed, no fairness, merely asking the impossible of me despite all the evidence the court has found I cannot be my own lawyer. This has a great deal prolonged my suffering leaving me no way to do anything about it. When do my rights matter to the court? You let every lawyer just walk away over inconveniences to them but say nothing about the harm to me everyday I lack any way to do anything about my suffering and harm. You say over and over and over "no general right to a lawyer" but say zero about my right to be heard or due process →

There is no due process to be heard when I have no way to be own lawyer. The court is avoiding real and serious questions, in doing so harming my case. My basic needs and rights are at stake. Olmstead act promises "most integrated setting" but I chear have no way of achieving this without a lawyer. This is why state/government should pay for my legal assistance, otherwise the law is a fraud, a lie on paper, worth nothing in practical reality. NONE of my opponents are asked to fight for their basic existence alone, and while enduring circumstances of harm, and worsening health and conditions. Does the court care at all about that? Seems NO. The court needs to get far more serious about my rights and welfare and cannot continue to make a false hope and leave me utterly stranded with little I can do alone. This is NOT justice. The court is saying very loudly to people with disabilities that unless you can afford a lawyer, dont ever bother trying to →

to protect or enforce your rights, and you must simply accept whatever abuse or dismal conditions the government decides, you can do nothing about it, you are merely a hopeless subject, and they can ignore your cries forever. That is what the court is telling me. A citizen with no enforced or protected rights can hardly be a citizen at all. You deny things like a GAL, which is egregious, and cruel, and when you hardly out in an effort to even find a lawyer and knew you wouldn't find one. Then why make me have to ask again for a GAL? The court is just prolonging things. So I ask again for a GAL, but I am also asking for state funded legal assistance so I can achieve most integrated setting. I can't make complex legal arguments. All I can say is what is obvious. Why am I even alive only to suffer these abuses, and being treated like my rights, need, suffering simply mean nothing.

5

The case has existed for 2 years and NOTHING has happened. It has only meant more hardship, and printing loads of things which is expensive, and I don't know how to do things online and I am just so sick and disgusted with everything and nothing works for me. I should NOT have to suffer or have no justice because I am poor. But that is what the court is clearly saying. The injustice I am subject to is extreme. And I continue to face IDD program termination, for which I also have no lawyer and no one will help, not government, not legal aid, not DRO, no one. I also have no services IDD program is obligated to give me and ruthlessly ignores me and providers, and my providers say I need a higher level of care. ~~The court say~~ I am completely exhausted and desperately need legal and other support.