6:25-cv-00547-AP

FILED 08 JUN '26 11:11 USDC-ORE

Responding to Court Questions

- Yes, I accept GAL appointment hearing.

- I do not know of anyone who could fulfill this role, ask the court to find one. Due to disability related issues, I ask the court ( very much prefer a female person to be this role as working with a male would be difficult for me.

- And I ask my autism ~~therapist~~ PhD Kami Naber be able to help me in the hearing. We usrally meet every Monday at 1pm.

       - Eran Crouse

Eran Crouse
1475 NE Forbes RD APT 300
Bend, OR, 97701

SCREENED



United States District Court
Office of the Clerk
District of Oregon
Wayne L. Morse US Courthouse
405 East Eighth Avenue
Eugene, OR 97401